**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6907**

SHAN EDWARD CARTER,

Plaintiff - Appellant,

v.

JOHN W. SHERRILL; BENJAMIN R. DAVID; JAY D. HOCKENBURY; KRISTIN D. PARKS; MARGARET T. CLOUTIER; WILLIAM H. DURHAM; ROY A. COOPER, III; PHYLLIS M. GORHAM; D. JACK HOOKS, JR.; SHERRI HORNER-LAWRENCE; GEORGE P. CORVIN; N.C. STATE BAR; N.C. DEPARTMENT OF JUSTICE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:16-ct-03272-D)

Submitted: September 28, 2017                    Decided: October 3, 2017

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shan Edward Carter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shan Edward Carter appeals the district court's orders dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carter v. Sherill*, No. 5:16-ct-03272-D (E.D.N.C. June 13 & July 17, 2017). We also deny Carter's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*